```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 46612
   JEANETTE M JOHNSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-4377


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/20/04 and confirmed on 02/28/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  23138.40 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FIRST MIDWEST BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | 4500.00 | .00 | 4500.00 |
| CITY OF JOLIET | SECURED | 220.00 | .00 | 220.00 |
| CNAC | SECURED | 3500.00 | 212.86 | 3500.00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1523.18 | .00 | 1102.69 |
| ASSET ACCEPTANCE CORP | UNSECURED | 824.46 | .00 | 596.86 |
| AT&T WIRELESS | UNSECURED | 824.08 | .00 | 596.59 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 997.06 | .00 | 721.81 |
| AMERICAN CABLE ENTERTAIN | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 31.20 | .00 | 22.59 |
| ERS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | FILED LATE | .00 | .00 | .00 |
| GOLD KEY CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 406.54 | .00 | 294.31 |
| IS & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| INOVISION A MAILIN COMPA | UNSECURED | NOT FILED | .00 | .00 |
| INTERPRETATION SERV OF J | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 50.00 | .00 | 36.20 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| FOREST VIEW HIGH SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| M M AHSAN SC MD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 537.47 | .00 | 389.10 |

```
ONYX ACCEPTANCE CORP      UNSECURED       3454.27              .00        2500.69
PROFESSIONAL HEALTH ASSO  UNSECURED      NOT FILED             .00             .00
PROFESSIONAL HEALTH ASSO  UNSECURED      NOT FILED             .00             .00
PROVENA MERCY CENTER      UNSECURED      NOT FILED             .00             .00
PROVENA ST JOSEPH MEDICA  UNSECURED      NOT FILED             .00             .00
NCM TRUST                 UNSECURED        662.19              .00         479.39
SILVER CROSS HOSPITAL     UNSECURED      NOT FILED             .00             .00
SURESH BHALLA MD          UNSECURED      NOT FILED             .00             .00
THE WISH CENTER           UNSECURED       5131.55              .00        3714.93
AFNI/VERIZON              UNSECURED        353.89              .00         256.20
LANE BRYANT               UNSECURED      NOT FILED             .00             .00
FIRST MIDWEST BANK        UNSECURED      NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        303.13              .00         219.45
```

Summary of disbursements:
```
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED   8220.00          .00     15099.02         .00     23319.02
PRINCIPAL PAID       8220.00          .00     10930.81         .00     19150.81
INTEREST PAID         212.86          .00          .00         .00       212.86
TOTAL PAID           8432.86          .00     10930.81         .00     19363.67
```

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   2700.00
and was paid $    300.00   direct and $   2400.00   through the plan.

The Trustee received $    894.57 .

Refunds to the Debtor totaled $    480.16 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 04 B 46612 JEANETTE M JOHNSON